DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **BERNADETTE CADETTE,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil Action No. 2021-0250<br>) |
| **GLENCORE LTD. and COSMOGONY II, INC.,** | )<br>)<br>) |
| Defendants, | )<br>) |

**Attorneys:**

**J. Russell B. Pate, Esq.,**
St. Thomas, U.S.V.I.
**Korey A. Nelson, Esq.,**
**Harry Richard Yelton, Esq.,**
New Orleans, LA
**Warren T. Burns, Esq.,**
Dallas, TX
    *For Plaintiff*

**Richard H. Hunter, Esq.**
St. Croix, U.S.V.I.
    *For Glencore Ltd.*

## MEMORANDUM OPINION AND ORDER

**Lewis, District Judge**

    THIS MATTER comes before the Court on the "Motion to Remand This Action to the Superior Court of the U.S. Virgin Islands on the Basis that Cosmogony II, Inc. was Not Fraudulently Joined" filed by Plaintiff Bernadette Cadette ("Plaintiff") (Dkt. No. 8). Defendant Glencore Ltd. ("Glencore") filed a Response in opposition to Plaintiff's Motion. (Dkt. No. 9).

    **UPON CONSIDERATION** of Plaintiff's Motion to Remand, Glencore's Response, and the entire record herein, and for the reasons set forth in the Court's Order and Memorandum

Opinion entered in *Ezekiel Brooks v. Glencore Ltd.*, *et al.*, Case No. 1:2021-cv-0251, 2022 WL 613292 (D.V.I. Mar. 1, 2022), it is hereby

**ORDERED** that Plaintiff's "Motion to Remand This Action to the Superior Court of the U.S. Virgin Islands on the Basis that Cosmogony II, Inc. was Not Fraudulently Joined" (Dkt. No. 8) is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court is directed to **REMAND** the above-captioned matter to the Superior Court of the Virgin Islands; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date:  March 4, 2022                              _____/s/_____
                                                                    WILMA A. LEWIS
                                                                    District Judge